Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>JOSHUA REMP,<br><br>Defendant. | Docket Number: 6:18-po-0176-JDP<br><br>**MOTION TO VACATE REVIEW HEARING AND DISMISS CASE PURSUANT TO A DEFERRED JUDGMENT AGREEMENT; AND ORDER THEREON** |

On December 4, 2018, Defendant pled guilty to Possession of a Controlled Substance. Pursuant to a Deferred Judgement Agreement. He was to 12 month of unsupervised probation with the conditions he: obey all laws, report any new law violations within 7 days, and pay a fine of $600. A review hearing was scheduled for November 5, 2019.

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing on November 5, 2019. To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court. Further, the Defendant has met all conditions of the Deferred Judgement Agreement, and the United States hereby moves the Court for an Order of Dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

Dated: October 31, 2019         /S/ Susan St. Vincent_____
                                Susan St. Vincent
                                Legal Officer
                                Yosemite National Park

1

ORDER

Upon application of the United States, good cause having been shown therefor, I order that the review hearing scheduled for November 5, 2019 in the above-referenced matter, *United States v. Remp*, 6:18-po-00176-JDP, be vacated. The case is hereby dismissed.

IT IS SO ORDERED.

Dated:   October 31, 2019                              _____
                                                       UNITED STATES MAGISTRATE JUDGE